[No. 3398–2.   Division Two.   November 9, 1979.]

GEORGE J. SCHMID, ET AL, *Respondents,* v. ROBERT L.
CHARTERS, ET AL, *Respondents,* THEODORE C.
IRWIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark
County, No. 59870, J. Dean Morgan, J., entered February
17, 1978. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Pearson, C.J., and Soule, J.

[No. 3834–2.   Division Two.   November 9, 1979.]

BILLY CLAYTON BAILEY, *Appellant,* v. W. J. LYNCH
PAINT COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 52447, Hewitt A. Henry, J., entered
March 17, 1978. *Reversed* by unpublished opinion per
Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 7093–1.   Division One.   November 13, 1979.]

PAT L. KEOGAN, *Appellant,* v. PIERCE COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 260119, Waldo F. Stone, J., entered June 2,
1978. *Reversed* by unpublished opinion per James, J., con-
curred in by Andersen, J.

[No. 6542–1.   Division One.   November 13, 1979.]

ERNA JANSEN, *Appellant,* v. ALBERT JANSEN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 53785, Jack S. Kurtz, J., entered
April 14, 1978. *Remanded with instructions* by unpub-
lished opinion per Ringold, J., concurred in by Andersen
and Dore, JJ.